1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   OPERATING ENGINEERS'              Case No.  CV 10-4460 BZ
     PENSION TRUST FUND; F.G.
12   CROSTHWAITE and RUSSELL E.        [PROPOSED] ORDER ON PARTIES'
     BURNS, as Trustees,               JOINT STIPULATION FOR
13                                      EXTENSION OF TIME TO
                  Plaintiffs,          RESPOND TO COMPLAINT FOR
14                                      DEFENDANTS CASE DEALER
     v.                                HOLDING COMPANY LLC AND
15                                      CNH AMERICA LLC
     WESTERN POWER &
16   EQUIPMENT CORP, an Oregon
     corporation; and WESTERN
17   POWER & EQUIPMENT CORP, a
     Delaware corporation; ARIZONA
18   PACIFIC MATERIALS, LLC, a
     Arizona limited liability company;
19   CASE DEALER HOLDING
     COMPANY, LLC (f/k/a CNH
20   DEALER HOLDING COMPANY,
     LLC) a Delaware limited liability
21   company; CNH AMERICA, LLC, a
     Delaware limited liability company;
22   and DOES 1-20,

23               Defendant.

24

25        TO ALL PARTIES AND THE ATTORNEYS OF RECORD:

26

27        The Court having received and reviewed Defendants' and Plaintiffs' (the

28   "Parties") joint stipulation for extension of time for Defendants CASE DEALER

FORD & HARRISON
     LLP
ATTORNEYS AT LAW     LA:97061.1                          [PROP] ORDER RE JT STIP FOR EXTENSION
LOS ANGELES                                                OF TIME TO RESPOND TO COMPLAINT
                                                               CASE NO. CV 10-4460 BZ

1  HOLDING COMPANY LLC and CNH AMERICA LLC ("CNH Defendants") to

2  respond to the Complaint, in which CNH Defendants have requested until

3  November 19, 2010 to prepare their appropriate responses and good cause

4  appearing therefore, it is SO ORDERED and the Parties stipulation is GRANTED.

5

6  Dated: October ___, 2010

7  By: _____
   Magistrate Judge Bernard Zimmerman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA.97061.1

[PROP] ORDER RE JT STIP FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT
CASE NO. CV 10-4460 BZ

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES