|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| ... |     |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN POWER & EQUIPMENT CORP, an Oregon corporation; and WESTERN POWER & EQUIPMENT CORP, a Delaware corporation; ARIZONA PACIFIC MATERIALS, LLC, an Arizona limited liability company; ARIZONA PACIFIC MATERIALS II LLC, an Arizona limited liability company; CHARLES DEAN McLAIN, as an individual; ROBERT RUBIN, as an individual; RUBIN FAMILY IRREVOCABLE STOCK TRUST; CASE DEALER HOLDING COMPANY, LLC (f/k/a CNH DEALER HOLDING COMPANY, LLC) a Delaware limited liability company; CNH AMERICA, LLC, a Delaware limited liability company; and DOES 1-20,<br><br>Defendant. | Case No. CV 10-4460 BZ<br><br>[~~PROPOSED~~] ORDER ON PARTIES' JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR DEFENDANTS CASE DEALER HOLDING COMPANY LLC AND CNH AMERICA LLC |

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:98101.1

[PROP] ORDER RE JT STIP FOR EXT. OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. CV 10-4460 BZ

TO ALL PARTIES AND THE ATTORNEYS OF RECORD:

The Court having received and reviewed Defendants' and Plaintiffs' (the "Parties") joint stipulation for extension of time for Defendants CASE DEALER HOLDING COMPANY LLC and CNH AMERICA LLC ("CNH Defendants") to respond to the Complaint, in which CNH Defendants have requested until December 7, 2010 to prepare their appropriate responses and good cause appearing therefore, it is SO ORDERED and the Parties stipulation is GRANTED.

Dated: November 22, 2010          By: [signature]
                                  Magistrate Judge Bernard Zimmerman

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

LA:98101.1

- 2 -

[PROP] ORDER RE JT STIP FOR EXT. OF TIME TO
RESPOND TO FIRST AMENDED COMPLAINT
CASE NO. CV 10-4460 BZ