1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11   OPERATING ENGINEERS' PENSION)
     TRUST FUND; F.G. CROSTHWAITE)
12   and RUSSELL E. BURNS, as    )          No. C10-4460 BZ
     Trustees,                   )
13                               )
              Plaintiff(s),      )          **BRIEFING ORDER**
14                               )
         v.                      )
15                               )
     WESTERN POWER & EQUIPMENT   )
16   CORP., an Oregon Corp., et  )
     al.,                        )
17                               )
              Defendant(s).      )
18   _____)

19        Having received defendants' motion to dismiss, **IT IS**

20   **ORDERED** that:

21        Any opposition to defendants' motion shall be filed by

22   **January 6, 2011.**  Any reply shall be filed by **January 14,**

23   **2011.**

24   Dated: December 15, 2010

25                                   _____
                                          Bernard Zimmerman
26                                   United States Magistrate Judge

27
     G:\BZALL\-BZCASES\OPERATING ENGINEERS V. WEST.POWER\BRIEFING ORDER.wpd
28

                                     1