**RECEIVED**

FEB - 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS PENSION TRUST FUND, et al.,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN POWER & EQUIPMENT CORP, et al.<br><br>Defendant. | CASE NO. CV 10-4460 PJH<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Steven L. Brenneman, whose business address and telephone number is Ford & Harrison LLP, 55 East Monroe Street, Suite 2900, Chicago, IL 60603, (312) 332-0777

and who is an active member in good standing of the bar of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/8/11



United States District Judge
Phyllis J. Hamilton
IT IS SO ORDERED

ORIGINAL

## PROOF OF SERVICE

I, Cathy Martinez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071. On February 4, 2011, I served a copy of the within document(s):

**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

☐ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ By placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Richard C. Johnson
Saltzman & Johnson Law Corporation
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Phone: (415) 882-7900
Fax: (415) 882-9287

*Attorneys for Plaintiffs*
OPERATING ENGINEERS' PENSION TRUST FUND;
F.G. CROSTHWAITE and
RUSSELL E. BURNS, as
*Trustees*

☐ ***Registered participant of ECF.***

| | | |
|---|---|---|
| 1 | Shaamini A. Babu | *Attorneys for Plaintiffs* |
| 2 | Saltzman & Johnson Law Corporation<br>44 Montgomery Street, Suite 2110 | *OPERATING ENGINEERS'*<br>*PENSION TRUST FUND;* |
| 3 | San Francisco, CA 94104<br>Phone: (415) 882-7900 | *F.G. CROSTHWAITE and*<br>*RUSSELL E. BURNS, as* |
| 4 | Fax: (415) 882-9287<br>E-mail: sbabu@sjlawcorp.com | *Trustees* |
| 5 | | ☒ *Registered participant of ECF.* |
| 6 | M. Michael Cole<br>Sheppard, Mullin, Richter, & Hampton LLP | *Attorneys for Defendants*<br>*Arizona Pacific Materials,* |
| 7 | 4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | *LLC and Arizona Pacific*<br>*Materials II LLC* |
| 8 | Phone: (415) 434-9100<br>Fax: (415) 434-3947 | ☒ *Registered participant of ECF.* |
| 9 | Email: mmcole@sheppardmullin.com | |
| 10 | Emily Seymour Costin<br>Sheppard, Mullin, Richter, & Hampton LLP | *Attorneys for Defendants*<br>*Arizona Pacific Materials,* |
| 11 | 1300 I Street, NW<br>11th Floor East | *LLC and Arizona Pacific*<br>*Materials II LLC* |
| 12 | Washington, DC 20005<br>Phone: (202) 772-5359 | ☒ *Registered participant of ECF.* |
| 13 | Fax: (201) 312-9447<br>Email: ecostin@sheppardmullin.com | |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on February 4, 2011, at Los Angeles, California.

_____
Cathy Martinez