1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   ROBERT FRIEDMAN, N.Y. Bar No. 240414
3  (*Pro Hac Vice Application Pending*)
   E-mail:  rfriedman@sheppardmullin.com
4  30 Rockefeller Plaza, Suite 2400
   New York, New York 10112
5  Telephone:    (212) 653-8700
   Facsimile:    (212) 653-8701
6  Attorneys for Defendant Arizona Pacific Materials II, LLC

7  *Additional counsel on following page*

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS,  as Trustees, | **Case No. CV 10-4460 (PJH)** |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL AND [~~PROPOSED~~] ORDER THEREON** |
| v. | Trial Date: None |
| WESTERN POWER & EQUIPMENT CORP., an Oregon corporation; and WESTERN POWER & EQUIPMENT CORP., a Delaware corporation; ARIZONA PACIFIC MATERIALS II, LLC, an Arizona limited liability company; CHARLES DEAN McLAIN, as an individual; ROBERT RUBIN, as an individual; RUBIN FAMILY IRREVOCABLE STOCK TRUST; CASE DEALER HOLDING COMPANY, LLC (f/k/a CNH DEALER HOLDING COMPANY, LLC), a Delaware limited liability company; CNH AMERICA, LLC, a Delaware limited liability company; and DOES 1-20, | |
| Defendants. | |

1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2      Including Professional Corporations
   DIANNE BAQUET SMITH, Cal. Bar No. 96713
3  E-mail: dsmith@sheppardmullin.com
   333 S. Hope Street, 43rd Floor
4  Los Angeles, California 90071
   Telephone:   (213) 620-1780
5  Facsimile:    (213) 620-1398

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
7      Including Professional Corporations
   M. MICHAEL COLE Cal. Bar No. 235538
8  E-mail: mmcole@sheppardmullin.com
   Four Embarcadero Center
9  Seventeenth Floor
   San Francisco, CA 94111
10 Telephone:   (415) 774-3143
   Facsimile:    (415) 403-6228
11
12 Attorneys for Defendant Arizona Pacific Materials II, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-EAST:5MMC1\200377800.1        NOTICE OF WITHDRAWAL OF COUNSEL, AND [PROPOSED] ORDER
                                                                              THEREON
                                                                   Case No. CV 10-4460 (PJH)

1  TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR
2  COUNSEL OF RECORD:

3  Pursuant to Civil L.R. 11-5, **Sheppard Mullin Richter & Hampton LLP**
4  hereby provides notice that **Emily Seymour Costin** and **Jonathan Gary Rose** are
5  withdrawing from this action as counsel of record for Defendant Arizona Pacific
6  Materials II LLC.

7  **Robert Friedman** (whose *Pro Hac Vice* application is pending), **Dianne B.**
8  **Smith** and **M. Michael Cole** will remain as counsel for Defendant Arizona Pacific
9  Materials II LLC.

11  Dated:  March 18, 2011

12  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

14  By  /s/ M. Michael Cole
15  M. MICHAEL COLE

16  Attorneys for Defendant
    ARIZONA PACIFIC MATERIALS II LLC

**ORDER**

IT IS HEREBY ORDERED that this Court enters the withdrawal for **Emily Seymour Costin** and **Jonathan Gary Rose** and relieves counsel of any duties as counsel of record in this action for Defendant Arizona Pacific Materials II, LLC.

**IT IS SO ORDERED.**

Dated: __March 24_____, 2011



_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE