RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| OPERATING ENGINEERS' PENSION TRUST FUND, et al.,<br><br>     Plaintiffs,<br><br>vs.<br><br>WESTERN POWER & EQUIPMENT CORP, et al., ,<br><br>     Defendants. | Case No.:  C 10-04460 PJH<br><br>**STIPULATION REGARDING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; AND [~~PROPOSED~~] ORDER**<br><br>Complaint Filed:    10/1/11<br>FAC Filed:              11/12/11<br>SAC Filed:              3/16/11<br>Judge: Honorable Phyllis J. Hamilton |
|---|---|

Pursuant to Fed. R. Civ. P. Rule 6(b) and Civ. L.R. 6.1, the parties hereby stipulate as follows:

**Overview**

1.   This action involves withdrawal liability owed to Plaintiff Operating Engineers Pension Trust Fund under ERISA as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§ 1001-1461 (1982).  The Second Amended Complaint ("SAC") was filed on March 16, 2011 ("Docket 53") pursuant to this Court's Minute Order dated February 16, 2011 (Docket No. 45).  Given the recent filing of the SAC, the complex issues involved in this action, and the claims pending against numerous Defendants, the parties hereby stipulate to extend the deadlines pending in this action as specified herein.

**Defendants Case Dealer and CNH America**

2. Defendants Case Dealer Holding Company, LLC ("Case Dealer") and CNH America, LLC ("CNH America") have appeared in this action (Docket No. 10) and are represented by legal counsel that is registered with the Court's Electronic Case Filing system. Accordingly, Defendants Case Dealer and CNH America have been electronically served with the SAC. As such, Defendants Case Dealer and CNH America's answer or responsive pleading to the Second Amended Complaint is due on **April 6, 2011**.

**Defendant APM I**

3. Defendant Arizona Pacific Materials I, LLC ("APM I") appeared in this action (Docket No. 39) through its legal counsel that is registered with the Court's Electronic Case Filing system. Accordingly, Defendant APM I has been electronically served with the SAC. As such, Defendant APM I's answer or responsive pleading to the Second Amended Complaint is due on **April 6, 2011**. However, legal counsel that had previously appeared for APM I filed a Notice of Withdrawal of Counsel on March 18, 2011 (Docket 58), and has advised Plaintiffs' counsel that Defendant AMP I is a dissolved entity. The same firm still represents APM II, see below.

**Defendant APM II**

4. Defendant Arizona Pacific Materials II, LLC ("APM II") has appeared in this action (Docket No. 39) and is represented by legal counsel that is registered with the Court's Electronic Case Filing system. Accordingly, Defendant APM II has been electronically served with the SAC. As such, Defendant APM II's answer or responsive pleading to the Second Amended Complaint is due on April 6, 2011. Plaintiffs hereby grant an extension until **May 6, 201**1, for Defendant APM II to file an answer or responsive pleading to the SAC. The extension is necessary so that Plaintiffs and Defendant APM II can attempt to resolve their respective claims and defenses without the Court's involvement.

**Defendant Rubin**

5. Service on Defendant Robert Rubin ("Rubin") and Rubin Family Irrevocable Trust ("Rubin Trust") was effectuated on January 29, 2011 (Docket Nos. 48-49). Defendants Rubin and

1  Rubin Trust are represented by legal counsel.  Plaintiffs hereby agree to an extension until **May 6,
2  2011**, for Defendants Rubin and Rubin Trust to file an answer or responsive pleading to the SAC.
3  The extension is necessary so that Plaintiffs and Defendants Rubin and Rubin Trust can attempt to
4  resolve their respective claims and defenses without the Court's involvement.  Defendants Rubin
5  and Rubin Trust contend that the Court lacks personal jurisdiction over them, and if they must file
6  a responsive pleading they intend to move for dismissal on that basis.

**Defendant McLain**

8        6.      Defendant Dean McLain ("Defendant McLain") is represented by legal counsel
9  who is authorized to accept service on behalf of Defendant McLain.  Plaintiffs hereby agree to an
10 extension until **May 6, 2011**, for Defendant McLain to file an answer or responsive pleading to the
11 SAC.  The extension is necessary so that Plaintiffs and Defendant McLain can attempt to resolve
12 their respective claims and defenses without the Court's involvement.  Defendant McLain
13 contends that the Court lacks personal jurisdiction over him, and if he must file a responsive
14 pleading he  intends to move for dismissal on that basis.

**WPE Defendants**

16       7.      Western Power Equipment Corp., a Delaware corporation, and Western Power &
17 Equipment Corp., an Oregon corporation (collectively "WPE Defendants") have not yet appeared
18 in this action.  Plaintiffs are informed and believe that the entities are dissolved.  Plaintiffs allege
19 that service of WPE Defendants was effectuated through service on its shareholder Defendant
20 Rubin on January 29, 2011, pursuant to Cal. Corp. Code §2011(b).  At this time, Plaintiffs'
21 counsel has not been contacted by anyone on behalf of WPE Defendants.  Plaintiffs are in the
22 process of ascertaining if WPE Defendants intend to appear in this action.  Plaintiffs intend to
23 conduct discovery regarding several issues, including but not limited to, WPE Defendants' sale of
24 assets, the letter agreement between WPE Defendants and Defendant Case Dealer, members of
25 WPE Defendants' control group, WPE Defendants' corporate status, as well as their assets at all
26 relevant time periods and will move for a default judgment against WPE Defendants, if necessary.

**Other Deadlines**

8. Since the SAC was filed on March 16, 2011, the parties did not have sufficient time to meet and confer and attempt to stipulate to an ADR process by March 21, 2011, or file a Rule 26(f) report and complete initial disclosures by March 31, 2011. The parties require sufficient opportunity to complete said tasks in preparation for a productive Case Management Conference. In the interest of minimizing costs as well as the Court's time and resources, the parties respectfully request that the deadlines currently pending in this action be continued as follows:

| Prior Date | New Date | Event | Governing Rule |
|---|---|---|---|
| 3/21/11 (Dkt # 3) | 5/16/11 | Last day to:<br>• meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan<br>• file ADR Certification signed by parties and counsel<br>• file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference | F.R.Civ.P. 26(f)<br>ADR L.R. 3.5<br>L.R.3-5<br><br>Civil L.R. 16-8 (b)<br>ADR L.R. 3-5(b)<br>Civil L.R. 16-8 (c)<br>ADR L.R. 3-5(b)-(c) |
| 3/31/11 (Dkt #3) | 5/26/11 ~~5/30/11~~ | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement | F.R.Civ.P. 26(a) (1)<br>Civil L.R. 16-9 |
| 4/7/11 (Dkt #34) | 6/2/11 ~~6/6/11~~ | Initial Case Management Conference | Civil L.R. 16-10 |

9. The parties believe that an extension of the deadlines as specified herein promotes the interest of judicial economy, fairness, and will help effectuate a just speedy and inexpensive determination of this action. *See* FED. R. CIV. P. 1.

Dated:   March 22, 2011                      SALTZMAN & JOHNSON
                                             LAW CORPORATION


                                             By: _____/s/_____
                                                 Shaamini A. Babu
                                                 Attorney for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: March 22, 2011 | FORD & HARRISON LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Steven L. Brenneman |
| | | Sandra J. McMullan |
| 5 | | Attorneys for Defendants Case Dealer Holding |
| | | Company LLC and CNH America LLC |
| 6 | | 350 S. Grand Avenue, Suite 2300 |
| | | Los Angeles, CA 90071 |
| 7 | | |
| 8 | Dated: March 22, 2011 | SHEPPARD, MULLIN, RICHTER, HAMPTON, LLP |
| 9 | | |
| 10 | | By: _____/s/_____ |
| | | Robert Friedman |
| 11 | | Dianne B. Smith |
| | | M. Michael Cole* |
| 12 | | Attorneys for Defendant Arizona Pacific |
| | | Materials II, LLC |
| 13 | | * *Pro Hoc Vice Application Pending* |
| 14 | | |
| 15 | Dated: March 22, 2011 | TRAVIS & PON |
| 16 | | |
| 17 | | By: _____/s/_____ |
| | | Monte Travis |
| 18 | | Counsel for Defendants Dean McLain, Robert Rubin, and Rubin Family Irrevocable Trust |

---

### **ORDER**

Based on the foregoing Stipulation of the parties, the deadlines currently pending in this action are extended as specified above.

IT IS SO ORDERED.

Dated: 3/24/11          _____
                                   PHYLLIS J. [Hamilton]
                                   United States [District Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

STIPULATION
CASE NO. C10- 004460 PJH

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On March 22, 2011, I served the following documents on the parties to this action in the manner described below:

**STIPULATION REGARDING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; AND [PROPOSED] ORDER**

 XX   **ELECTRONICALLY** by causing said document to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF Sysstem as indicated below.

 XX   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

 ___  **FACSIMILE** by causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

 ___  **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

 ___  **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*To:*

Robert Friedman
Dianne B. Smith
M. Michael Cole
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW
11th Floor East
Washington, DC 20005
***VIA ECF***
*Defendant: Arizona Pacific Materials II LLC*

Sandra J. McMullin
Steven L. Brenneman
Ford & Harrison LLP
350 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071

STIPULATION
CASE NO. C10- 004460 PJH

*VIA ECF*
*Attorneys for Defendants Case Dealer Holding Company LLC and CNH America LLC*

Monte S. Travis
Law Offices of Travis & Pon
2271 California Street
San Francisco, CA 94115
*VIA MAIL*
*Defendants: Defendants Dean McLain, Robert Rubin, and Rubin Family Irrevocable Trust*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 22ND day of March, 2011, at San Francisco, California.

                                                                       /S/
                                             Barbara Souza