RICHARD C. JOHNSON, Cal. Bar No. 40881
SHAAMINI A. BABU Cal. Bar No. 230704
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone:   415-882-7900
Facsimile:   415-882-9287
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com
Attorneys for Plaintiffs

*Additional Counsel on the Following Page*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS,  as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN POWER & EQUIPMENT CORP., an Oregon corporation; and WESTERN POWER & EQUIPMENT CORP., a Delaware corporation; ARIZONA PACIFIC MATERIALS II, LLC, an Arizona limited liability company; CHARLES DEAN McLAIN, as an individual; ROBERT RUBIN, as an individual; RUBIN FAMILY IRREVOCABLE STOCK TRUST; CASE DEALER HOLDING COMPANY, LLC (f/k/a CNH DEALER HOLDING COMPANY, LLC), a Delaware limited liability company; CNH AMERICA, LLC, a Delaware limited liability company; and DOES 1-20,<br><br>Defendants. | Case No. CV 10-4460 PJH<br><br>**JOINT STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME FOR ARIZONA PACIFIC MATERIALS II, LLC TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Trial Date: None |

1  SHEPPARD, MULLIN, RICHTER & HAMPTON llp
       A Limited Liability Partnership
2        Including Professional Corporations
   ROBERT FRIEDMAN, N.Y. Bar No. 240414 *(Pro Hac Vice Application Pending)*
3  E-mail:  rfriedman@sheppardmullin.com
   30 Rockefeller Plaza, Suite 2400
4  New York, New York 10112
   Telephone:    (212) 653-8700
5  Facsimile:    (212) 653-8701

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
7        Including Professional Corporations
   DIANNE BAQUET SMITH, Cal. Bar No. 96713
8  E-mail:  dsmith@sheppardmullin.com
   333 S. Hope Street, 43rd Floor
9  Los Angeles, California 90071
   Telephone:    (213) 620-1780
10 Facsimile:    (213) 620-1398

11
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12     A Limited Liability Partnership
       Including Professional Corporations
13 M. MICHAEL COLE Cal. Bar No. 235538
   E-mail:  mmcole@sheppardmullin.com
14 Four Embarcadero Center
   Seventeenth Floor
15 San Francisco, CA 94111
   Telephone:    (415) 774-3143
16 Facsimile:    (415) 403-6228

17 Attorneys for Defendant Arizona Pacific Materials II, LLC

18

19

20

21

22

23

24

25

26

27

28

1       Pursuant to Rule 6(b), FED. R. CIV. P., and Civil L.R. 6.1, Plaintiffs Operating Engineers' Pension Trust Fund, F.G. Croswaite and Russell E. Burns ("Plaintiffs") and Defendant Arizona Pacific Materials II, LLC ("APM II"), by through undersigned counsel, hereby stipulate as follows:

      1.    The instant action is a complex action arising under the Employee Retirement Income Security Act of 1974, as amended, ("ERISA"), 29 U.S.C. § 1001 *et seq*. Plaintiffs have named nine Defendants, and are seeking, among other things, money damages, liquidated damages, injunctive relief and attorneys' fees and costs.

      2.    Pursuant to the Court's February 16, 2011 Minute Order, the Second Amended Complaint was filed on March 16, 2011. APM II's response was originally due on April 6, 2011. Pursuant to stipulation, this Court granted an extension to respond to the complaint to May 6, 2011.

      3.    Since that time, Plaintiffs and APM II have been exploring and continue to explore resolution of this matter. Accordingly, the Parties request a further extension of time up through and including May 26, 2011, for APM II to respond to the Second Amended Complaint.

      4.    The Parties believe that a further extension of the deadline to respond to the Second Amended Complaint under the circumstances here promotes the interest of judicial economy, fairness, and will help effectuate a just, speedy and inexpensive determination of this action. *See* FED. R. CIV. P. 1.

      5.    The requested extension will not materially delay the disposition of this action, as the Second Amended Complaint was recently filed with the Court on March 16, 2011 and the initial Case Management Conference has been reset for June 2, 2011.

      6.    Therefore, the Parties hereby stipulate that APM II shall have until Thursday, May 26, 2011 to respond to the Second Amended Complaint.

Dated:  May  2, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By  /s/ M. Michael Cole
ROBERT FRIEDMAN (*Pro Hac App. Pending*)
DIANNE B. SMITH
M. MICHAEL COLE

Attorneys for Defendant
ARIZONA PACIFIC MATERIALS II, LLC

Dated:  May  2, 2011

SALTZMAN & JOHNSON LAW CORPORATION


By  /s/ Shaaminni A. Babu
SHAAMINI BABU

Attorneys for Plaintiffs


PURSUANT TO STIPULATION, IT IS ORDERED that APM II shall have until Thursday, May 26, 2011 to respond to Plaintiffs' Second Amended Complaint.

Dated: 5/3/11                           _____

United States District Court Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton