1  RICHARD C. JOHNSON, Cal. Bar No. 40881
   SHAAMINI A. BABU Cal. Bar No. 230704
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Telephone:   415-882-7900
4  Facsimile:   415-882-9287
   djohnson@sjlawcorp.com
5  sbabu@sjlawcorp.com
   Attorneys for Plaintiffs

7  *Additional Counsel on the Following Page*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN POWER & EQUIPMENT CORP., an Oregon corporation; and WESTERN POWER & EQUIPMENT CORP., a Delaware corporation; ARIZONA PACIFIC MATERIALS II, LLC, an Arizona limited liability company; CHARLES DEAN McLAIN, as an individual; ROBERT RUBIN, as an individual; RUBIN FAMILY IRREVOCABLE STOCK TRUST; CASE DEALER HOLDING COMPANY, LLC (f/k/a CNH DEALER HOLDING COMPANY, LLC), a Delaware limited liability company; CNH AMERICA, LLC, a Delaware limited liability company; and DOES 1-20,<br><br>Defendants. | **Case No. CV 10-4460 PJH**<br><br>**JOINT STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME FOR ARIZONA PACIFIC MATERIALS, LLC TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Trial Date: None |

W02-WEST:5MMC1\403505789.1        -1-

1  SHEPPARD, MULLIN, RICHTER & HAMPTON llp
       A Limited Liability Partnership
2        Including Professional Corporations
   ROBERT FRIEDMAN, N.Y. Bar No. 240414 *(Pro Hac Vice)*
3  E-mail:  rfriedman@sheppardmullin.com
   30 Rockefeller Plaza, Suite 2400
4  New York, New York 10112
   Telephone:    (212) 653-8700
5  Facsimile:    (212) 653-8701

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
7        Including Professional Corporations
   DIANNE BAQUET SMITH, Cal. Bar No. 96713
8  E-mail:  dsmith@sheppardmullin.com
   333 S. Hope Street, 43rd Floor
9  Los Angeles, California 90071
   Telephone:    (213) 620-1780
10 Facsimile:    (213) 620-1398

11
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12     A Limited Liability Partnership
         Including Professional Corporations
13 M. MICHAEL COLE Cal. Bar No. 235538
   E-mail:  mmcole@sheppardmullin.com
14 Four Embarcadero Center
   Seventeenth Floor
15 San Francisco, CA 94111
   Telephone:    (415) 774-3143
16 Facsimile:    (415) 403-6228

17 Attorneys for Defendant Arizona Pacific Materials II, LLC

18

19

20

21

22

23

24

25

26

27

28

1      Pursuant to Rule 6(b), FED. R. CIV. P., and Civil L.R. 6.1, Plaintiffs Operating
2 Engineers' Pension Trust Fund, F.G. Croswaite and Russell E. Burns ("Plaintiffs") and
3 Defendant Arizona Pacific Materials, LLC ("APM I"), hereby stipulate as follows:

4      1.     The instant action is a complex action arising under the Employee
5 Retirement Income Security Act of 1974, as amended, ("ERISA"), 29 U.S.C. § 1001 *et*
6 *seq*.  Plaintiffs have named nine Defendants, and are seeking, among other things, money
7 damages, liquidated damages, injunctive relief and attorneys' fees and costs.

8      2.     On December 22, 2010, counsel for APM II inadvertently made an
9 appearance on behalf of APM I.  APM I is a dissolved entity.  Accordingly, on March 18,
10 2011, counsel for APM II attempted to file a notice of withdrawal.  On March 22, 2011,
11 counsel for APM II also informed Plaintiffs' counsel that APM I was a dissolved entity.  A
12 stipulation filed on  March 22, 2011 reflects this.

13     3.     On March 16, 2011, the Second Amended Complaint was filed.  Although
14 advised that APM I is a dissolved entity and that the appearance by APM II's counsel on
15 APM I's behalf was inadvertent,  Plaintiff claims APM I was served with the Second
16 Amended Complaint and APM I's response was due on April 6, 2011.

17     4.     Despite Plaintiff's view that APM I's response to the Second Amended
18 Complaint was due on April 6, 2011, the Parties have been exploring the exact nature of
19 APM I's status.  So as to preserve APM I's rights and to allow for continued discussion, the
20 parties have agreed that APM I will have up until May 26, 2011  to respond to the Second
21 Amended Complaint.

22     5.     The Parties believe that a further extension of the deadline to respond to the
23 Second Amended Complaint under the circumstances here promotes the interest of judicial
24 economy, fairness, and will help effectuate a just, speedy and inexpensive determination of
25 this action.  *See* FED. R. CIV. P. 1.

1  6. The requested extension will not materially delay the disposition of this
2  action, as the Second Amended Complaint was recently filed with the Court on March 16,
3  2011 and the initial Case Management Conference has been reset for June 2, 2011.
4  7. Therefore, the Parties hereby confirm that APM I shall have until Thursday,
5  May 26, 2011 to respond to the Second Amended Complaint.

Dated:  May  4, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ M. Michael Cole
ROBERT FRIEDMAN (*Pro Hac App. Pending*)
DIANNE B. SMITH
M. MICHAEL COLE

Attorneys for Defendant
ARIZONA PACIFIC MATERIALS II, LLC

Dated:  May  4, 2011

SALTZMAN & JOHNSON LAW CORPORATION

By  /s/ Shaaminni A. Babu
SHAAMINI BABU

Attorneys for Plaintiffs

PURSUANT TO STIPULATION, IT IS ORDERED that APM I shall have until Thursday, May 26, 2011 to respond to Plaintiffs' Second Amended Complaint.

Dated:  5/10/11                                             _____
United States District Judge

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton