RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WESTERN POWER & EQUIPMENT CORP, et al.,<br><br>　　　　Defendants. | Case No.:  CV 10-04460 PJH<br><br>**STIPULATION AND [PROPOSED ORDER] TO EXTEND TIME FOR DEAN RUBIN, THE RUBIN FAMILY IRREVOCABLE TRUST, AND DEAN MCLAIN TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Complaint Filed:　10/1/10<br>FAC Filed:　　　　11/12/10<br>SAC Filed:　　　　3/16/11<br>Judge: Honorable Phyllis J. Hamilton |

　　　　Pursuant to Fed. R. Civ. P. Rule 6(b) and Civ. L.R. 6.1, Plaintiffs Operating Engineers' Pension Trust Fund, F.G. Crosthwaite, and Russell E. Burns ("Plaintiffs") and Defendants Dean Rubin, the Rubin Family Irrevocable Trust, and Dean McLain ("Stipulating Defendants"), by and through the undersigned counsel, hereby stipulate as follows:

　　　　1.　　The instant action is a complex action arising under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et seq.*  Plaintiffs have named nine Defendants, and are seeking, among other things, money damages, liquidated damages, injunctive relief, and attorneys' fees and costs.

2.     Pursuant to the Court's February 16, 2011 Minute Order, the Second Amended Complaint was filed on March 16, 2011; and, pursuant to the Stipulation Regarding Case Management Conference and Related Deadlines, and the Court's March 24, 2011 Order, Plaintiffs agreed to an extension until May 6, 2011, for Stipulating Defendants to file an answer or responsive pleading to the Second Amended Complaint.

3.     Since that time, Plaintiffs and Stipulating Defendants (collectively, "the Parties") have been exploring and continue to explore resolution of this matter.  Accordingly, the Parties request a further extension of time up through and including May 26, 2011, for Stipulating Defendants to respond to the Second Amended Complaint.

4.     The Parties believe that a further extension of the deadline to respond under the circumstances here promotes the interest of judicial economy and will help effectuate a just, speedy, and inexpensive determination of this action.  *See* FED. R. CIV. P. 1.

5.     The requested extension will not materially delay the disposition of this action, as the Second Amended was only recently filed on March 16, 2011, and the initial Case Management Conference has been reset for June 2, 2011.

6.     Therefore, the Parties hereby stipulate that Stipulating Defendants shall have until Thursday, May 26, 2011 to respond to the Second Amended Complaint.

Dated:                                          SALTZMAN & JOHNSON
                                                LAW CORPORATION


                                                By: _____/s/_____
                                                     Shaamini A. Babu
                                                     Counsel for Plaintiffs

Dated:                                           TRAVIS & PON


                                                By: _____/s/_____
                                                     Monte Travis
                                                     Counsel for Defendants Dean McLain, Robert Rubin, and Rubin Family Irrevocable Trust

-2-
STIPULATION AND [PROPOSED ORDER]
TO EXTEND TIME TO RESPOND
CV 10-04460 PJH

**ORDER**

Based on the foregoing Stipulation of the parties, the deadlines currently pending in this action are extended as specified above.

IT IS SO ORDERED.

Dated: __5/10/11_____



PHYLLIS J. HAMILTON
United States District Judge