1  RICHARD C. JOHNSON (SBN 40881)
   SHAAMINI A. BABU (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   djohnson@sjlawcorp.com
5  sbabu@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                     UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  OPERATING ENGINEERS' PENSION          Case No.:  CV 10-04460 PJH
    TRUST FUND, et al.,
11
            Plaintiffs,                   **STIPULATION AND [~~PROPOSED~~
12                                        ORDER] TO EXTEND TIME FOR
    vs.                                   ROBERT RUBIN, THE RUBIN
13                                        FAMILY IRREVOCABLE TRUST,
    WESTERN POWER & EQUIPMENT CORP,       AND DEAN MCLAIN TO RESPOND
14  et al.,                               TO SECOND AMENDED COMPLAINT**

15          Defendants.                   Complaint Filed:    10/1/10
                                          FAC Filed:          11/12/10
16                                        SAC Filed:          3/16/11
                                          Judge: Honorable Phyllis J. Hamilton
17

18

19         Pursuant to FED. R. CIV. P. RULE 6(b) and CIV. L.R. 6.1, Plaintiffs Operating Engineers'

20  Pension Trust Fund, F.G. Crosthwaite, and Russell E. Burns ("Plaintiffs") and Defendants Robert

21  Rubin, the Rubin Family Irrevocable Trust, and Dean McLain ("Stipulating Defendants"), by and

22  through the undersigned counsel, hereby stipulate as follows:

23         1.     The instant action is a complex action arising under the Employee Retirement

24  Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001 *et seq.*  Plaintiffs have

25  named nine Defendants, and are seeking, among other things, money damages, liquidated

26  damages, injunctive relief, and attorneys' fees and costs.

27

28                                                                         -1-
                                          STIPULATION AND [PROPOSED ORDER]
                                                    TO EXTEND TIME TO RESPOND
                                                                CV 10-04460 PJH

2.      Pursuant to the Court's February 16, 2011 Minute Order, the Second Amended Complaint was filed on March 16, 2011; and, pursuant to the Stipulation Regarding Case Management Conference and Related Deadlines, and the Court's March 24, 2011 Order, Plaintiffs agreed to an extension until May 6, 2011, for Stipulating Defendants to file an answer or responsive pleading to the Second Amended Complaint.

3.      After that time, Plaintiffs and Stipulating Defendants (collectively, "the Parties") explored resolution of this matter, with Stipulating Defendants voluntarily producing to Plaintiffs documents bearing on the transactions and on Stipulating Defendants' involvement.  Accordingly, the Parties requested a further extension of time up through and including May 26, 2011, for Stipulating Defendants to respond to the Second Amended Complaint, which the Court approved by its Order entered May 10, 2011.

4.      Since that time, the Parties have continued to explore resolution of this matter, and Stipulating Defendants have continued to gather (from locations in three different states), review, and voluntarily produce pertinent documents to Plaintiffs.  This process is active and ongoing.

5.      The hearing on the motion to dismiss the Second Amended Complaint brought by Defendants Case Dealer Holding Company LLC and CNH America LLC for purported failure to state a claim is set for June 22, 2011.  The Court's ruling on that motion may have an affect on Plaintiffs' allegations and therefore on the nature of any responsive pleading or motion that Stipulating Defendants would file assuming that the Parties are unable to resolve the case between them via their ongoing efforts to do so.

6.      Accordingly, the Parties agree that it is sensible, economic, and just for them to continue their informal efforts to resolve the case as between them, and for there to be a further extension of time through and including the day after the hearing on the motion to dismiss, i.e., June 23, 2011, for Stipulating Defendants to respond to the Second Amended Complaint.

7.      The Parties believe that a further extension of the deadline to respond under the circumstances here promotes the interest of judicial economy and will help effectuate a just, speedy, and inexpensive determination of this action.  *See* FED. R. CIV. P. 1.

-2-
STIPULATION AND [PROPOSED ORDER]
TO EXTEND TIME TO RESPOND
CV 10-04460 PJH

P:\CLIENTS\OE3PP\Cases - WL\Western Power\SAC\Extensions\Stip re Response Dates McLain and Rubin (2) 052611.doc

8.      The requested extension will not materially delay the disposition of this action, as the Second Amended was only recently filed on March 16, 2011, the initial Case Management Conference is set for June 2, 2011, the hearing on the pending motion to dismiss is set for June 22, 2011, and through the process of exploring resolution of the case, the Parties are engaging in extensive document and information exchanges without the necessity of formal discovery. Plaintiffs will request the Court to court to continue the Case Management Conference to coincide with the hearing on the motion to dismiss to preserve judicial resources and minimize attorneys' fees.

9.      Therefore, the Parties hereby stipulate and request that Stipulating Defendants have until Thursday, June 23, 2011 to respond to the Second Amended Complaint.

Dated:    5/26/11                          SALTZMAN & JOHNSON
                                           LAW CORPORATION


                                           By: _____/s/_____
                                               Shaamini A. Babu
                                               Counsel for Plaintiffs

Dated:    5/26/11                           TRAVIS & PON


                                           By: _____/s/_____
                                               Monte Travis
                                               Counsel for Defendants Dean McLain, Robert Rubin,
                                               and Rubin Family Irrevocable Trust


                                  **ORDER**

        Based on the foregoing Stipulation of the parties, the deadlines currently pending in this action are extended as specified above.

        IT IS SO ORDERED.


Dated: _5/31/11_____              _____
                                          PHYLLIS J.
                                          United States District Judge

                                                                              -3-
                                          STIPULATION AND [PROPOSED ORDER]
                                              TO EXTEND TIME TO RESPOND
                                                          CV 10-04460 PJH