RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> WESTERN POWER & EQUIPMENT CORP, et al., <br><br> Defendants. | Case No.:  C 10-04460 PJH <br><br> **STIPULATION REGARDING PENDING DEADLINES; AND [P~~ROPOSED~~] ORDER** <br><br> Complaint Filed:   10/1/11 <br> FAC Filed:           11/12/11 <br> SAC Filed:           3/16/11 <br> CMC:                   9/1/11 <br> Judge: Honorable Phyllis J. Hamilton |

Pursuant to Fed. R. Civ. P. Rule 6(b) and Civ. L.R. 6.1, the parties hereby stipulate as follows:

**Overview**

1. This action involves withdrawal liability allegedly owed to Plaintiff Operating Engineers Pension Trust Fund under ERISA as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§ 1001-1461 (1982).  The Second Amended Complaint ("SAC") was filed on March 16, 2011 ("Docket 53") pursuant to this Court's Minute Order dated February 16, 2011 Docket No. 45. Thereafter, Defendants Case Dealer Holding Company LLC ("CDHC") and CNH America LLC ("CNH") filed their second motion to dismiss which was granted in part and denied in part pursuant to this Court's order entered on June 23, 2011.  Docket

1  No. 98.  Plaintiffs do not intend to file an amended complaint.  The parties hereby stipulate to pending deadlines as specified herein.

**Defendants Case Dealer and CNH America**

2. Defendants CDHC and CNH's answer or responsive pleading to the Second Amended Complaint shall be due on **July 22, 2011**.

**Defendant APM I**

3. Defendant Arizona Pacific Materials I, LLC ("APM I") appeared in this action (Docket No. 39) through its legal counsel that is registered with the Court's Electronic Case Filing system.  Accordingly, Defendant APM I has been electronically served with the SAC.  However, legal counsel that had previously appeared for APM I filed a Notice of Withdrawal of Counsel on March 18, 2011 (Docket 58), and has advised Plaintiffs' counsel that Defendant APM I is a dissolved entity.   Legal counsel filed a motion for leave to withdraw as counsel on July 5, 2011 (Docket 99).

**Defendant APM II**

4. Defendant Arizona Pacific Materials II, LLC ("APM II") has been dismissed without prejudice.

**Defendant Rubin**

5. Defendant Robert Rubin ("Rubin") and Rubin Family Irrevocable Trust's ("Rubin Trust") answer or responsive pleading to the Second Amended Complaint shall be due on **July 22, 2011.**  Plaintiffs allege that Defendants Rubin and Rubin Trust are liable under Cal. Corp. Code §2011(a), 8 Del. C. 1953, §242, and Or. Rev. Stat. §60.645.  Defendants Rubin and Rubin Trust contend that they are entitled to a dismissal since they did not receive any distributions at the time of dissolution of WPE Defendants, and that they are not subject to the Court's personal jurisdiction in this matter.  Counsel for Defendants Rubin and Rubin Trust has produced certain documents relevant to this action voluntarily without the need for Plaintiffs to propound discovery; further discussions are ongoing, and additional relevant documents may be produced.

**Defendant McLain**

1    6.    Defendant Dean McLain's ("Defendant McLain") answer or responsive pleading to the Second Amended Complaint shall be due on **July 22, 2011.** Plaintiffs allege that Defendant McLain is liable under Cal. Corp. Code §2011(a), 8 Del. C. 1953, §242, and Or. Rev. Stat. §60.645. Defendant McLain contends that he is entitled to a dismissal since he did not receive any distributions at the time of dissolution of WPE Defendants, and that he is not subject to the Court's personal jurisdiction in this matter. Counsel for Defendant McLain has produced certain documents relevant to this action voluntarily without the need for Plaintiffs to propound discovery; further discussions are ongoing, and additional relevant documents may be produced.

**WPE Defendants**

7.    Western Power Equipment Corp., a Delaware corporation, and Western Power & Equipment Corp., an Oregon corporation (collectively "WPE Defendants") have not yet appeared in this action. Plaintiffs are informed and believe that the entities are dissolved. Plaintiffs allege that service of WPE Defendants was effectuated through service on its shareholder Defendant Rubin on January 29, 2011, pursuant to Cal. Corp. Code §2011(b). At this time, Plaintiffs' counsel has not been contacted by anyone on behalf of WPE Defendants. Plaintiffs intend to move for a default judgment against WPE Defendants, if necessary.

**ADR**

8.    Plaintiffs and Defendants CDHC, CNH, Rubin, Rubin Trust, and McLain filed notices of need for ADR conference. Said parties have participated in two (2) phone calls with the ADR Unit representative on June 1, 2011, and June 29, 2011. Upon having sufficient opportunity to review Defendants' answer or responsive pleadings due to be filed July 22, 2011, the parties will stipulate to an ADR procedure which will likely be mediation. The parties anticipate filing the ADR stipulation by July 29, 2011, and intend to agree to schedule the mediation to take place within sixty (60) days thereafter. The parties will update the ADR Unit representative with respect to the stipulation during the call scheduled for August 4, 2011.

**Case Management Conference**

The parties intend to file a Case Management Statement by August 25, 2011, in

1  anticipation of the Case Management Conference on September 1, 2011.  Alternatively, the parties
2  may request to continue to vacate the CMC depending on the developments through the ADR
3  process.

4  Dated:   July 7, 2011                             SALTZMAN & JOHNSON
                                                     LAW CORPORATION
5

6                                                    By: _____/s/_____
7                                                        Shaamini A. Babu
                                                         Attorney for Plaintiffs
8
   Dated:   July 7, 2011                             FORD & HARRISON LLP
9

10                                                   By: _____/s/_____
11                                                       Steven L. Brenneman
                                                         Sandra J. McMullan
12                                                       Attorneys for Defendants Case Dealer Holding
                                                         Company LLC and CNH America LLC
13                                                       350 S. Grand Avenue, Suite 2300
                                                         Los Angeles, CA 90071
14

15 Dated:  July 7, 2011                               TRAVIS & PON
16

17                                                   By: _____/s/_____
18                                                       Monte Travis
                                                         Counsel for Defendants Dean McLain, Robert Rubin,
19                                                       and Rubin Family Irrevocable Trust

20 ----------------------------------------------------------------------------------------------------------------

21                                        **ORDER**

22       Based on the foregoing Stipulation of the parties, the deadlines currently pending in this
23 action are extended and/or confirmed as specified above.
24 IT IS SO ORDERED.
25

26 Dated: __7/11/11_____                       _____
27                                                   PHYLLIS J. HAMILTON
                                                     United States District Judge
28