RICHARD C. JOHNSON (SBN 40881)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' PENSION TRUST FUND, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>WESTERN POWER & EQUIPMENT CORP, et al.,<br><br>  Defendants. | Case No.:  C 10-04460 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Complaint Filed:   10/1/10<br>FAC Filed:         11/12/10<br>SAC Filed:         3/16/11<br>CMC:               9/1/11<br>Judge: Honorable Phyllis J. Hamilton |

The parties hereby stipulate as follows:

**Overview**

1. This action involves withdrawal liability allegedly owed to Plaintiff Operating Engineers Pension Trust Fund under ERISA as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§ 1001-1461 (1982).  The Second Amended Complaint ("SAC") was filed on March 16, 2011 (Docket 53) pursuant to this Court's Minute Order dated February 16, 2011 (Docket No. 45).  Defendants Case Dealer Holding Company LLC ("CDHC") and CNH America LLC ("CNH") filed their second motion to dismiss which was granted in part and denied in part pursuant to this Court's order entered on June 23, 2011 (Docket No. 98).

**Defendants Case Dealer and CNH America**

2. Defendants CDHC and CNH filed their Answer to the SAC on July 21, 2011.

**Defendant APM I**

3. Defendant Arizona Pacific Materials I, LLC ("APM I") appeared in this action (Docket No. 39) through legal counsel which filed a motion for leave to withdraw as counsel on July 5, 2011 (Docket 99). Said motion was granted on August 2, 2011 (Docket 106).

**Defendant APM II**

4. Defendant Arizona Pacific Materials II, LLC ("APM II") has been dismissed without prejudice.

**Defendant Rubin**

5. Defendant Robert Rubin ("Rubin") and Rubin Family Irrevocable Trust ("Rubin Trust") filed their Answer the SAC on July 22, 2011. Plaintiffs allege that Defendants Rubin and Rubin Trust are liable under Cal. Corp. Code §2011(a), 8 Del. C. 1953, §242, and Or. Rev. Stat. §60.645. Defendants Rubin and Rubin Trust contend that they are entitled to a dismissal since they did not receive any distributions at the time of dissolution of WPE Defendants, and that they are not subject to the Court's personal jurisdiction in this matter. Counsel for Defendants Rubin and Rubin Trust has produced certain documents relevant to this action voluntarily without the need for Plaintiffs to propound discovery. Said Defendants anticipate establishing that they did not receive any distributions upon dissolution by **August 25, 2011**. If Plaintiffs determine that Defendants have sufficiently established that they did not receive any distributions upon dissolution Plaintiffs will dismiss Defendants Rubin and Rubin Trust. If Defendants fail to establish that they did not receive distributions upon dissolution then they anticipate filing a Motion to Dismiss for lack of personal jurisdiction by **September 9, 2011**, to be heard on **October 19, 2011.**

**Defendant McLain**

6. Defendant Dean McLain ("Defendant McLain") filed his Answer to the SAC on July 22, 2011. Plaintiffs allege that Defendant McLain is liable under Cal. Corp. Code §2011(a), 8 Del. C. 1953, §242, and Or. Rev. Stat. §60.645. Defendant McLain contends that he is entitled to a dismissal since he did not receive any distributions at the time of dissolution of WPE

Defendants, and that he is not subject to the Court's personal jurisdiction in this matter. Counsel for Defendant McLain has produced certain documents relevant to this action voluntarily without the need for Plaintiffs to propound discovery. Defendant McLain anticipates establishing that he did not receive any distributions upon dissolution by **August 25, 2011.** If Plaintiffs determine that Defendant has sufficiently established that he did not receive any distributions upon dissolution Plaintiffs will dismiss Defendant McLain. If Defendant McLain fails to establish that he did not receive distributions upon dissolution then he anticipates filing a Motion to Dismiss for lack of personal jurisdiction by **September 9, 2011,** to be heard on **October 19, 2011**.

**WPE Defendants**

7. Western Power Equipment Corp., a Delaware corporation, and Western Power & Equipment Corp., an Oregon corporation (collectively "WPE Defendants") have not yet appeared in this action. Plaintiffs are informed and believe that the entities are dissolved. Plaintiffs allege that service of WPE Defendants was effectuated through service on its shareholder Defendant Rubin on January 29, 2011, pursuant to Cal. Corp. Code §2011(b). At this time, Plaintiffs' counsel has not been contacted by anyone on behalf of WPE Defendants. Plaintiffs intend to move for a default judgment against WPE Defendants, if necessary.

**Case Management Conference**

The parties intend to file a Case Management Statement by **August 25, 2011**, in anticipation of the Case Management Conference on **September 1, 2011**. Counsel for Plaintiffs, Defendants Rubin, Rubin Trust, McLain, and Defendants CDHC and CNH intend to appear at the Case Management Conference.

**ADR**

8. Plaintiffs and Defendants CDHC, CNH, Rubin, Rubin Trust, and McLain filed notices of need for ADR conference. Said parties have participated in three (3) phone calls with the ADR Unit representative on June 1, 2011, June 29, 2011, and August 4, 2011. The parties hereby stipulate to participating in mediation pursuant to Civ. L.R. 16-8, ADR L.R. 3-5 and 6 before **November 15, 2011**. In the event Defendants Rubin, Rubin Trust and McLain's Motion to

Dismiss for lack of personal jurisdiction is granted, said Defendants will accordingly not participate in the mediation.

Dated:   August 16, 2011				SALTZMAN & JOHNSON
								LAW CORPORATION


						By: _____/s/_____
						       Shaamini A. Babu
						       Attorney for Plaintiffs

Dated:   August 16, 2011				FORD & HARRISON LLP


						By: _____/s/_____
						       Steven L. Brenneman
						       Sandra J. McMullan
						       Attorneys for Defendants Case Dealer Holding
						       Company LLC and CNH America LLC
						       350 S. Grand Avenue, Suite 2300
						       Los Angeles, CA 90071

Dated:  August 16, 2011				 TRAVIS & PON


						By: _____/s/_____
						       Monte Travis
						       Counsel for Defendants Dean McLain, Robert Rubin,
						       and Rubin Family Irrevocable Trust
------------------------------------------------------------------------------------------------------------------

### **ORDER**

Based on the foregoing Stipulation of the parties, this matter is referred to mediation through the Court's ADR Process and the parties shall participate in mediation before **November 15, 2011**.

IT IS SO ORDERED.

Dated:  _8/22/11_____		_____
						PHYLLIS J. HAMILTON
						United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*