UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPERATING ENGINEERS'
PENSION TRUST FUND, et al.,

       Plaintiffs,

       v.

WESTERN POWER & EQUIPMENT
CORP., et al.,

       Defendants.
_____/

No. C 10-4460 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

       Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment.

       The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

       IT IS SO ORDERED.

Dated: January 6, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Lili, Assigned M/J