UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPERATING ENGINEERS'
PENSION TRUST FUND, et al.,

      Plaintiffs,                      No. C 10-4460 PJH

    v.                             **ORDER OF REFERENCE TO MAGISTRATE JUDGE**

WESTERN POWER & EQUIPMENT
CORP., et al.,

      Defendants.
_____/

      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment.

      The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

      IT IS SO ORDERED.

Dated: January 6, 2012

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge

cc: Lili, Assigned M/J