1  RICHARD C. JOHNSON (SBN 40881)
   SHAAMINI A. BABU (SBN 230704)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   djohnson@sjlawcorp.com
5  sbabu@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                      UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 OPERATING ENGINEERS' PENSION          | Case No.:  CV 10-4460 PJH (JCS)
   TRUST FUND, et al.,
11                                        | **REQUEST FOR A REPORT AND**
            Plaintiffs,                   | **RECOMMENDATION TO GRANT**
12                                        | **PLAINTIFFS' MOTION FOR DEFAULT**
   vs.                                    | **JUDGMENT WITHOUT HEARING;**
13                                        | **DECLARATION OF SHAAMINI A. BABU**
   WESTERN POWER & EQUIPMENT CORP.,       | **IN SUPPORT THEREOF; [PROPOSED]**
14 et al.,                                | **ORDER**

15         Defendants.                    | Date:        March 23, 2012
                                          | Time:        9:30 a.m.
16                                        | Courtroom:   Courtroom G – 15th Floor
                                          | Judge:        Magistrate Judge Joseph C. Spero
17

18

19         Plaintiffs Operating Engineers' Pension Trust Fund and its Board of Trustees, including

20 the individually named Trustee Plaintiffs F.G. Crosthwaite and Russell E. Burns ("Trust"),

21 respectfully request the Honorable Magistrate Judge Joseph C. Spero to issue a report and

22 recommendation granting Plaintiffs' Motion For Default Judgment against Defendants Western

23 Power & Equipment Corp., an Oregon corporation ("WPE Oregon"), Western Power &

24 Equipment Corp., a Delaware corporation ("WPE Delaware") and Arizona Pacific Materials, LLC

25 ("APM I"), an Arizona limited liability company without a hearing and vacate the hearing date

26 presently set for March 23, 2012, at 9:30 a.m.

27

28
   P:\CLIENTS\OE3WL\CASES\Western Power\MDJ\Req for Rep and Rec without Hearing 031412.DOC       **REQUEST FOR A REPORT AND**
                                                                                                **RECOMMENDATION WITHOUT HEARING**
                                                                                                **Case No.:  CV 10-4460 PJH**

SUPPORTING DECLARATION

I, Shaamini A. Babu, state that I have first-hand knowledge of the following facts and if called as a witness, I could testify competently thereto:

1.      I am an attorney at law licensed to practice in the State of California and an associate attorney at Saltzman & Johnson Law Corporation, counsel for Plaintiffs.

2.      A Complaint in this action was filed on October 1, 2010 (Dkt. No. 1).

3.      Service on Defendant WPE Oregon was effectuated on October 8, 2010 and on Defendant WPE Delaware on October 27, 2010.  A Proof of Service on Summons was filed for Defendants WPE Oregon and WPE Delaware on October 19, 2010 (Dkt. No. 9) and November 8, 2010 (Dkt. No. 14).

4.      A First Amended Complaint ("FAC") was filed by Plaintiffs on November 12, 2010 (Dkt. No. 15).  A Proof of Service of Summons and FAC was filed for Defendants APM, WPE Oregon, and WPE Delaware on December 14, 2010 (Dkt. No. 22), February 17, 2011 (Dkt. No. 47), and February 17, 2011 (Dkt. No. 46), respectively.

5.      A Second Amended Complaint ("SAC") was filed on March 16, 2011 (Dkt. No. 53).  Defendants APM I, WPE Oregon and WPE Delaware failed to respond to the SAC and thus, default was entered against each of them on September 14, 2011 (Dkt. No. 114).

6.      The pending Motion for Default Judgment was filed on January 3, 2012.  Docket Nos. 119-122.  The Motion for Default Judgment was served on Defendants APM I, WPE Oregon and WPE Delaware on January 3, 2012, by effectuating service on its shareholders and officers Defendants Charles Dean McClain and Robert Rubin pursuant to Cal. Corp. Code §2011(a)(3)-(b).  (Dkt. No. 127).

7.      To date, Defendants APM I, WPE Oregon, and WPE Delaware have not opposed the Motion for Default Judgment. Accordingly, Plaintiffs respectfully request that the Court vacate the hearing date presently set for March 23, 2012 at 9:30 a.m., and issue a report and recommendation to grant the Motion for Default Judgment.  Issuing a report and recommendation to grant Plaintiffs' Motion for Default Judgment without a hearing will keep the attorneys' fees

P:\CLIENTS\OE3WL\CASES\Western Power\MDJ\Req for Rep and Rec without Hearing 031412.DOC

**REQUEST FOR A REPORT AND RECOMMENDATION WITHOUT HEARING**
**Case No.:  CV 10-4460 PJH**

1   and costs at a minimum which is essential particularly in light of the fact that collection is

2   uncertain.  As it is uncertain whether Plaintiffs will recover the amounts due for the withdrawal

3   liability, Plaintiffs are attempting to minimize attorneys' fees and costs to preserve the Trust's

4   assets.

5           8.     Plaintiffs participated in Court ordered mediation on January 10, 2012, with

6   Defendants Charles Dean McLain, Robert Rubin and Rubin Family Irrevocable Stock Trust, who

7   were the shareholders and officers of WPE Oregon and WPE Delaware, as well as Defendants

8   Case Dealer Holding Company and CNH America LLC resulting in a settlement. Settlement

9   payment has been received and said Defendants have been dismissed from this action (Dkt. 126).

10          I declare under penalty of perjury that the foregoing is true of my own knowledge and if

11   called upon I could competently testify thereto.

12          Executed this 14th day of March, 2012, at San Francisco, California.

13                           SALTZMAN & JOHNSON LAW CORPORATION

14

15                         By: _____/S/_____

                          Shaamini A. Babu

16                             Attorneys for Plaintiffs

17   ORDER

18   Based on the foregoing, a report and recommendation will be issued without a hearing, and the

19   hearing on the Motion for Default Judgment set for March 23, 2012, at 9:30 a.m. is hereby

20   vacated.

   IT IS SO ORDERED.

21

22

23   Dated: _____

24                         _____

                     MAGISTRATE JUDGE JOSEPH C. SPERO

                     UNITED STATES DISTRICT COURT JUDGE

25

26

27

28

**REQUEST FOR A REPORT AND
RECOMMENDATION WITHOUT HEARING
Case No.:  CV 10-4460 PJH**

1

**PROOF OF SERVICE**

2     I, the undersigned, declare:

3          I am a citizen of the United States and am employed in the County of San Francisco, State

4     of California.  I am over the age of eighteen and not a party to this action.  My business address is

5     44 Montgomery Street, Suite 2110, San Francisco, California 94104.

6          On January 3, 2012, I served the following document(s):

7     **REQUEST FOR A REPORT AND RECOMMENDATION TO GRANT PLAINTIFFS'**
      **MOTION FOR DEFAULT JUDGMENT WITHOUT HEARING; DECLARATION OF**
8     **SHAAMINI A. BABU IN SUPPORT THEREOF; [PROPOSED] ORDER**

9
      on the interested parties to this action, in the manner described as follows, addressed as below:

10
      <u>XX</u>     **ELECTRONICALLY** by causing said document to be electronically filed using the
11              Court's Electronic Court Filing ("ECF") System and service was completed by electronic
                means by transmittal of a Notice of Electronic Filing on the registered participants of the
12              ECF System.

13    *To:*

14    Robert Friedman                                    Monte S. Travis
      Dianne B. Smith                                    Law Offices of Travis & Pon
15    M. Michael Cole                                    2271 California Street
      Sheppard Mullin Richter & Hampton LLP              San Francisco, CA 94115
16    1300 I Street, NW                                  montetravis@pacbell.net
      11th Floor East                                    *VIA ECF*
17    Washington, DC 20005                               *Attorney for Defendants: Dean McLain,*
      *VIA ECF*                                          *Robert Rubin, and Rubin Family*
18    *Attorneys for Defendant: Arizona Pacific*         *Irrevocable Trust*
      *Materials II LLC*

19
      Sandra J. McMullin                                 On *Defendants Western Power &*
20    Steven L. Brenneman                                *Equipment Corp., an Oregon*
      Ford & Harrison LLP                                *corporation, Western Power &*
21    350 S. Grand Avenue, Suite 2300                    *Equipment Corp., a Delaware*
      Los Angeles, CA 90071                              *corporation, and Arizona Pacific*
22    *VIA ECF*                                          *Materials, LLC* via service on
      *Attorneys for Defendants: Case Dealer Holding*    shareholders and officers Defendants
23    *Company LLC and CNH America LLC*                  Dean McLain and Robert Rubin pursuant
                                                         to Cal. Corp. Code §2011(a)(3)-(b)
24

25          I declare under penalty of perjury that the foregoing is true and correct and that this

26    declaration was executed on this 14th day of March, 2012, at San Francisco, California.

27                                             _____/s/_____
                                                        Jonathan Sha
28

      P:\CLIENTS\OE3WL\CASES\Western Power\MDJ\Req for Rep and Rec without Hearing 031412.DOC          **REQUEST FOR A REPORT AND**
                                                                                                      **RECOMMENDATION WITHOUT HEARING**
                                                                                                      **Case No.:  CV 10-4460 PJH**