UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OPERATING ENGINEERS'
PENSION TRUST FUND, et al.,

    Plaintiffs,

    v.

WESTERN POWER & EQUIPMENT CORP., et al.,

    Defendants.
_____/

No. C 10-4460 PJH

**JUDGMENT**

    This action came on for hearing before the court and the issues having been duly heard and the court having granted plaintiffs' motion for default judgment as to defendants Western Power & Equipment Corporation, an Oregon corporation ("WPE Oregon"); Western Power & Equipment Corporation, a Delaware corporation ("WPE Delaware"); and Arizona Pacific Materials, LLC, ("APM I")

    it is Ordered and Adjudged

    that plaintiffs recover from defendants the following sums: (1) $669,055.00 in withdrawal liability; (2) $133,811.00 in liquidated damages; (3) $143,157.30 in interest; and (4) $3,931.97 in costs, as set forth in the Report and Recommendation.

**IT IS SO ORDERED**.

Dated: April 17, 2012

                                                    _____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge